UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: FLORA KOUTOUZAKIS<br>　　　Debtor(s) | : CHAPTER 13<br>:<br>: |
| CHARLES J. DEHART, III<br>STANDING CHAPTER 13 TRUSTEE<br>　　　Movant | :<br>:<br>:<br>: |
| vs. | :<br>:<br>: |
| FLORA KOUTOUZAKIS<br>　　　Respondent(s) | :<br>: CASE NO. 5-15-bk-04019 |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO
## AMENDED CHAPTER 13 PLAN

AND NOW, this 18th day of November, 2016, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed on or about October 17, 2016 be withdrawn, as all issues have been resolved.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Charles J. DeHart, III
　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　8125 Adams Drive, Suite A
　　　　　　　　　　　　　　　　　　Hummelstown, PA 17036
　　　　　　　　　　　　　　　　　　(717)566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 18th day of November, 2016, I hereby certify that I have served the within Motion by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
P.O. Box 511
Stroudsburg, PA 18360

　　　　　　　　　　　　　　　　　　/s/Deborah A. Behney
　　　　　　　　　　　　　　　　　　Office of Charles J. DeHart, III
　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee