```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                        Case No. 15-04019-RNO
Flora Koutouzakis                                             Chapter 13
        Debtor                     **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: REshelman         Page 1 of 1            Date Rcvd: Nov 23, 2016
                              Form ID: orcnfpln        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db             +Flora Koutouzakis,    271 Oak Lane,    Cresco, PA 18326-7880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
         Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
          Bkmail@rosicki.com
         Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         J. Zac Christman    on behalf of Debtor Flora  Koutouzakis jchristman@newmanwilliams.com,
          mdaniels@newmanwilliams.com;elizabeth@newmanwilliams.com
         Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
          bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
         Vincent  Rubino    on behalf of Debtor Flora  Koutouzakis
          epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
          williams.com;eapotito@hotmail.com
                                                                          TOTAL: 8

orcnfpln(05/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Flora Koutouzakis | Chapter | 13 |
| Debtor(s) | Case No. | 5:15–bk–04019–RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 26, 2016. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: November 23, 2016

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: REshelman, Deputy Clerk