```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                         Case No. 15-04019-JJT
Flora Koutouzakis                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: REshelman        Page 1 of 1        Date Rcvd: Jul 12, 2017
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.
db             +Flora Koutouzakis,    271 Oak Lane,   Cresco, PA 18326-7880

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor Flora   Koutouzakis jchristman@newmanwilliams.com,
               mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;vsmith@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae)
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al.
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor Flora   Koutouzakis
               epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newman
               williams.com;eapotito@hotmail.com;vsmith@newmanwilliams.com
                                                                                             TOTAL: 10

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| FLORA KOUTOUZAKIS | : | |
| | : | |
| Debtor(s) | : | CASE NO. 5:15-bk-04019JJT |
| | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
| Movant | : | DOCKET NO: 65 |
| | : | |
| vs | : | |
| FLORA KOUTOUZAKIS | : | MOTION TO DISMISS |
| Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Wilkes Barre, PA in said District,

Upon consideration of the STIPULATION filed on July 07, 2017 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about May 10, 2017.

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

John J. Thomas, Bankruptcy Judge
(RE)

Dated: July 12, 2017