**NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C.**
712 Monroe St., P.O. Box 511
Stroudsburg, PA 18360
570-421-9090
Fax: 570-424-9739

September 22, 2017

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA  18701

     Re:    Flora Koutouzakis
              Case No. 5:15-04019

Dear Clerk:

    We have been advised of a change of address for a creditor in the above-referenced case, as follows:

    **From:**

    **HSBC Bank**
    **PO Box 5253**
    **Carol Stream, IL 60197-5253**

    **To:**

    **HSBC Bank**
    **PO Box 5249**
    **Carol Stream, IL 60197-5249**

    Please correct the docket and mailing matrix accordingly.  Thank you.

                                      Very truly yours,

                                      */s/ J. Zac Christman*

                                      J. Zac Christman