# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     FLORA KOUTOUZAKIS            CHAPTER 13

       Debtor(s)

       CHARLES J. DEHART, III
       CHAPTER 13 TRUSTEE
         Movant                                    CASE NO:   5-15-04019-JJT

       FLORA KOUTOUZAKIS

         Respondent(s)

## CERTIFICATION OF DEFAULT

      AND NOW on February 26, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

      As of February 26, 2018, the Debtor(s) is/are $400.00 in arrears with a plan payment having last been made on Mar 07, 2017.

      In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

                                                       Respectfully Submitted,
                                                       /s/   Liz Joyce
                                                       for Charles J. DeHart, III, Trustee
                                                       8125 Adams Drive, Suite A
                                                       Hummelstown, PA   17036
                                                       Phone:  (717) 566-6097

Dated: February 26, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: FLORA KOUTOUZAKIS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

CHAPTER 13

FLORA KOUTOUZAKIS

CASE NO: 5-15-04019-JJT

Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on February 26, 2018.

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

FLORA KOUTOUZAKIS
271 OAK LANE
CRESCO, PA 18326

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: February 26, 2018