```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                            Case No. 15-04019-JJT
Flora Koutouzakis                                                 Chapter 13
        Debtor            CERTIFICATE OF NOTICE
District/off: 0314-5          User: REshelman              Page 1 of 2                  Date Rcvd: Feb 27, 2018
                              Form ID: pdf010              Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db             +Flora Koutouzakis,    271 Oak Lane,   Cresco, PA 18326-7880
cr             +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates,
                 51 E. Bethpage Road,    Plainview, NY 11803-4224
4697597       ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,     PO BOX 982234,   EL PASO, TX 79998-2234)
4697599        CERASTES LLC,    C/O WEINSTEIN PINSON RILEY,   2--1 WESTER AVE STE 400,    SEATTLE, WA 98121
4697600        +CHASE,   PO BOX 15298,   WILMINGTON, DE 19850-5298
4697602         CHASE,   3415 VISION DRIVE,   COLUMBUS, OH 43219-6009
4697604        +CITIBANK/SEARS,    PO BOX 6282,   SIOUX FALLS, SD 57117-6282
4697603         CITIBANK/SEARS,    C/O ASSET RECOVERY SOLUTIONS,    2200 E DEVON AVE STE 200,
                 DES PLAINES, IL 60018-4501
4746132        +Federal National Mortgage Association (Fannie Mae),     Seterus, Inc.,
                 14523 SW Millikan Way, Suite 200,    Beaverton, OR 97005-2352
4697606        +GOLDBECK MCCAFFERTY,    SUITE 5000 MELLON INDEP CTR,    701 MARKET STREET,
                 PHILADELPHIA, PA 19106-1538
4697607         HSBC BANK,   PO BOX 5249,    CAROL STREAM, IL 60197-5249
4697608        +JPMORGANCHASE BANK NA,    C/O FIVE LAKES AGENCY INC,    PO BOX 80730,   ROCHESTER, MI 48308-0730
4704141         JPMorgan Chase Bank, N.A.,    c/o Five Lakes Agency, Inc.,    P.O. Box 80730,
                 Rochester, MI  48308-0730
4697609        +PNC BANK,   PO BOX 94982,    CLEVELAND, OH 44101-4982
4697610        +SETERUS,   14523 SW MILLIKAN WAY,    SUITE 200,    BEAVERTON, OR 97005-2352
4697612        #+VERIZON WIRELESS,    PO BOX 26055,   MINNEAPOLIS, MN 55426-0055
4818283        +Wilmington Savings Fund Society, FSB,    c/o Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
4843446         Wilmington Savings Fund Society, FSB,    P.O.Box 52708, Irvine, CA 92619-2708
4843447         Wilmington Savings Fund Society, FSB,    P.O.Box 52708, Irvine, CA 92619-2708,
                 Wilmington Savings Fund Society, FSB,    P.O.Box 52708, Irvine, CA 92619-2708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4697598         E-mail/Text: bncmail@w-legal.com Feb 27 2018 19:12:52     CERASTES LLC,
                 C/O WEINSTEIN PINSON RILEY,    PO BOX 3978,   SEATTLE, WA 98124-3978
4697601        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 19:12:47     CHASE,   C/O MIDLAND FUNDING,
                 8875 AERO DR SUITE 200,    SAN DIEGO, CA 92123-2255
4697605        +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:47     CITIBANK/SEARS,
                 C/O LVNV FUNDING LLC,    PO BOX 10497,   GREENVILLE, SC 29603-0497
4732448         E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2018 19:16:46     LVNV Funding LLC,
                 C/O Resurgent Capital Services,    PO BOX 10675,   Greenville, SC 29603-0675
4731116         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 27 2018 19:31:00
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
4697611        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 19:12:47     VERIZON OF PA,
                 C/O MIDLAND FUNDING,    8875 AERO DR SUITE 200,    SAN DIEGO, CA 92123-2255
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                              Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:

    Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association Bkmail@rosicki.com
    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
    J. Zac Christman    on behalf of Debtor 1 Flora  Koutouzakis jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;epotito@newmanwilliams.com;lbeaton@newmanwilliams.com
    James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al. bkgroup@kmllawgroup.com
    Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Joshua I Goldman    on behalf of Creditor    Federal National Mortgage Association (Fannie Mae) bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
    Thomas I Puleo    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB et. al. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
    Vincent Rubino    on behalf of Debtor 1 Flora  Koutouzakis epotito@newmanwilliams.com;lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;eapotito@hotmail.com;lbeaton@newmanwilliams.com

                                                                                                                                    TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

FLORA KOUTOUZAKIS

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
vs.

Movant(s)

FLORA KOUTOUZAKIS

Respondent(s)

Chapter: 13

Case No.: 5-15-bk-04019 JJT

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Dated: February 27, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)